FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) __Johnnie McCollum___ __LW9176___
   (Name of Plaintiff)    (Inmate Number)

__SCI Houtsdale PO Box 1000 Houtsdale PA 16698___
   (Address)

(2) _____ _____
   (Name of Plaintiff)    (Inmate Number)

Case Number: __3:25-CV-1578__

_____
   (Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) __Warden Gregory Briggs___
__Correctional officer Andri Pichard PER.___
(2) __[illegible]___
(3) __Co John Doe #1 1st Shift D-block___
   (Names of Defendants)

CIVIL COMPLAINT

FILED
SCRANTON
AUG 25 2025
PER_____
   DEPUTY CLERK

(Each named party must be numbered,
and all names must be printed or typed)

TO BE FILED UNDER: __/__ 42 U.S.C. § 1983 - STATE OFFICIALS
                    ____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.  PREVIOUS LAWSUITS

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   1. 22-CV-1710, Johnnie McCollum v. Michael Pries Judge Saporito  3:25-CV-___
   Johnnie McCollum v. Gregory Briggs Judge Saporito

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ___ No

C. If your answer to "B" is Yes:

  1. What steps did you take? __I exhausted all available remedies__

  2. What was the result? __A video interview was done, and I was told it was the equivalent to filing a grievance__

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: __Warden Gregory Briggs__
   Employed as __Warden__ at __Dauphin County Prison__
   Mailing address: __501 Mall Rd HBG PA 17101__

(2) Name of second defendant: __John Doe CO #1 1st__
   Employed as __Block officer D-block 1st shift__ at __DCP__
   Mailing address: __501 Mall Rd HBG PA 17101__

(3) Name of third defendant: __CO Ayala F.N.U__
   Employed as __Correctional Officer__ at __DCP__
   Mailing address: __501 Mall Rd HBG PA 17101__

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. Warden Gregory Briggs - was notified by inmate request slip of the Plantiff's health problems. Briggs had personal knowledge of the plantiff's medical history and the fact smoke triggers his asthma and breathing problems. The plantiff told Briggs that being around smoke makes his chest hurt and cause breathing difficulties. The plantiff requested that he be left in the Dayroom due to the block always smelling like smoke but his request was ignored. August 8th 2024 the plantiff was moved from

Defendants Cont'd

~~4. Correctional Officer Arti Ricardo 501 Mall Rd HBG PA 17111 Dcp~~

~~5. John Doe Internal Affairs Officer at Dcp 501 Mall Rd HBG PA 17111~~

4. John Doe #3 Maintenance Man at Dcp 501 Mall Rd HBG PA 17111

5. Jane Doe #1 nurse at Dcp 501 Mall Rd HBG PA 17101

6. Jane Doe #2 Medical Supervisor at Dcp 501 Mall Rd HBG PA 17111

7. Co Whitey F.N.U Co at Dauphin County Prison 501 Mall Rd HBG PA 17111

8. Co F.N.U Ayala Co at Dcp 501 Mall Rd HBG PA 17111

STATEMENT OF Claim Cont'd - 1. the Dayroom (D-block) Int. ¶¶ 1-13 Inspite of notifying the warden and Commissioner Douglas of my health concerns. The ventilation system on D block was Just Changed around where the vents inside the cells Blow out Air Instead Inhaling like it was before. The problem is this ventilation System has been programmed for inhulation ~~removed of years~~ for a while (upon Discovery the plaintiff can get the exact time span) the vents was Inhaling dust, smoke, fumes and other ~~toxis~~ hazardous pathogens. John Doe Maintenance Man did not bother to clean ~~out~~ the Ventilation System because all he did was set the system up to blow out What it was Inhaling. As soon as the John Doe Maintenance Man began making these Changes a foul odor began emanating from the vents, it smelled like stale Cigarettes and Sewage. I began to Complain to the maintenance man about the health hazards involved with failing to properly Clean the vents before Switching the ventilation system. The John Doe Maintenance Man said "I don't give a fuck about your health if you don't like it tell your buddies to Stop Smoking". He went on to further explain that since people was putting wicks (wicks are ~~small~~ pieces of tissue rolled up where you Can light it and it will stay lit) in the vents so the warden had Maintenance Switch the vents where the Smoke will no longer be Inhaled by the Vents it will blow the Smoke and make it easier to detect if

2A

Someone is smoking. Individuals started complaining about the smell claiming it was making them sick and hard to breathe. On this day I mentioned was the start of the foul odor, on the first day I was in the dayroom on D-block but I happened to be a tier worker so I was present when they switched the ventilation system. I stated this because this is where the 6 violations originate from. The plantiff was moved in 1-13 D-block after the plantiff personally notified the warden about his health concerns. The first day it smelled like someone was smoking a stale cigarette in my cell and it was mixed with sewage. The first night my chest started hurting but it was light enough for me to manage with my inhalers 2 August 9th 2024 The plantiff woke up feeling sick and the smell that was coming out of the vent was making me nauseated, I started experiencing breathing difficulties so at or around 11:05am I notified John Doe #1 Correctional officer he said he would call. The plantiff began to feel numbness in his left side. The plantiff briefly explained his chest pains and the smoke triggered it. The officer said "I'll see what I can do but I cannot promise you anything we are short staffed". He walked off. On the next round he ignored my pleas for medical and said "your the one who been working with the pennlive Journalist?" The plantiff said "yes" and again asked if he could call in a medical emergency or take me up there he said "NO" and walked off The plantiff began texting his loved ones explaining his medical concerns and how he was being ignored. His cousin Charles mitchell started reaching out to the prison he said he didn't get through but he will keep trying. The plantiff's cousin eventually got through around 2:30 pm and a unidentified CO lied and told me they already sent me to medical and I was okay. The plantiff did not go to medical around 3:30 pm 4hrs 45 min 30 of constantly begging to see medical. CO John Doe #1 mentally tormented the plantiff inspite of the plantiffs condition. Plantiffs The CO did rounds from app 11:05 am until 2:00pm he made comments like "Just die already if its that serious you been bitching every time I came around

2b

"I see you losing color in your face hold your breath" the Plantiff begged the Co for medical and for to activate his body Cam he said "NA Im not helping a Person who helps peoplive" The Plantiff blacked out 3 times in this time frame of waiting on medical and was in fear for his life. Second shift Co Ayala was the block officer on Delta Unit. The plantiff told him he been waiting on medical since 11:00 Am. Plantiffs cellie helped explain because the plantiff was choked up. Co Ayala was given 2 options to call it in as a medical emergency or Escort him up there. He said "let me run this pass Richardo" Co Ayala also failed to activate his body Cam. She told him to tell me something along the lines of "She cannot allow him to escort me and dont report her to Pennlive" Ayala did not help the Plantiff seek/get medical Attention. 8th amendment, 1st Amendment violations - cruel and unusual punishment - Retaliation - The Plantiff was not Admitted to medical until around 3:30pm a hour after someone from Dop lied to the Plantiff's Cousin Charles Mitchell and said they sent him to medical and he was okay. Upon being admitted to medical they run a few tests let him use his Inhaler and sent him back to the same environment that caused these problems to begin with. The plantiff told them that recently they changed the ventilation system on D-block and the vents are producing a foul odor and its aggravating my chest pains. He was still sent back. On the way back he told Inmate Dayshawn Smith he didnt feel right at that point he fell out. Inmate Smith got Co Richardo's attention and she called in a medical emergency. The last thing the plantiff remembers is A nurse telling me to squeeze both of her hands. She then said "his left grip is weak, his blood pressure is high, he might be having a stroke". The plantiff was taken to Harrisburg hospital and discharged almost 10 hours later. Upon coming back the plantiff was placed under medical observation. Monday he was placed back on the same unit in a cell worst than before. The next time I saw Co Richardo she said "You would've been got medical Attention if you stop reporting stuff to Pennlive" meaning the Co's did this deliberately to target the plantiff for reporting issues in Dop to Investigative Journalist Joshua Vaughn. I was placed in a cell with a well known smoker. Throughout this whole ordeal I was writing to Warden Gregory Briggs letting him know the effects second hand smoke was having on my health and the deliberate indifference bein displayed by Dop Admin. The warden had full knowledge of my condition. I told him he was wrong for approving the switch of the ventilation system without properly cleaning the vents. The plantiff asked to be moved to a cell hole where smoke is not an issue but was never answered. The plantiff was interviewed by a Shift Commander where he was asked about the issue. The plantiff was intimidated by the environment so he left the mental torment and Cruel treatment he was subjected to. On the way out I asked if I had to grieve the incident he said "No a informal Investigation will be done and you will be notified of the results" this was a year Ago and nothing was done.

2C



I filed this understanding my remedies were exhausted. (as far as the incident goes). The plantiff left Dcp and came back around the end of April of 2025 and was placed on A block 1-11 around 10:30pm Co Whitey came around with two unidentified nurses the plantiff stopped them and reported chest pains. The nurses said they gotta do rounds but will say something when they get back to mainside medical if I dont hear nothing have the Co call. After a hour I said something to Co whitey, she gave me an attitude and said something like "the world don't revolve around me". I stayed up all night begging every Co to call medical and or call in a medical emergency but to no avail. I didnt see medical until approximately 8:00 Am @ A little over 10 hours. This is another example of medical negligence where I waited hours to see medical. Co whitey did not care about my Condition. She insisted on not Activating her body Cam, not contacting medical or calling my chestpain in as a medical emergency. The plantiff went all night without medical treatment. Defendants - Gregen, Briggs had direct Involvement in making the decision to switch the ventilation without considering the effects of the vents blowing out all the toxins it inhaled for over 10 years. The foul odor that came out of those vents were detrimental to the health of those housed on Delta unit. When this issue was brought to the wardens attention he failed to correct it. He also failed to move the plantiff after he explained the harm of environmental (smoke and what it's doing to him and he was still left on Delta unit after being hospitalized.
2. Johndoe Co #1 - exhibited cruel and unusual treatment to plantiff while he was scared for his life, John Doe Co#1 encouraged the plantiff to kill himself, refused to Activate his body Cam or call in a medical emergency. He utilized this opportunine to retaliate against the plantiff stating "Im not helping a person who helps Pennlive." Highlighting systemic failures within the Doc through grievances and public outreach is the plantiffs Constitutionally Protected behavior. 3. Correctional Officer Anlo Pichardo exhibited cruel and unusual behavior driven by a retaliatory motive when she was made aware of the plantiffs medical condition she told Co Ayala not to call in a medical emergency or take him to medical. She made a joke out of the plantiffs pain saying "Dont report her to Pennlive". Later she said (About A week later) "that I wouldve been got medical attention if you stop reporting stuff to Pennlive" meaning the situation where I waited over 4 hours to be seen by medical was done by design. 4. Co Ayala exhibited cruel and unusual behavior when he failed to call in a medical emergency or take the plantiff to medical or activate his body cam when asked. he saw the plantiffs Condition and instead utilizing his discretion within his capacity as a Co he asked the Co who was in the bubble. 5. The maintenance man exhibited cruel and unusual behavior when he stated he didnt "give a fuck about our health" while he was switching the vents around and a foul odor started coming out the vents. He ignored people telling him they cannot breathe because of the air
6. Jane Doe#1 Nurse was medically negligent and exhibited when she failed to take the plantiffs blood pressure. When he initially came to medical she would have saw his blood pressure was in her words "Sky high"

the plantiff explained the lack of feeling in his ~~face~~ and the smoking coming out the vents. Common sense would have been to check the blood pressure when symptoms of a stroke are present 7. Jane Doe #2 Nurse Supervisor/medical Supervisor she exhibited medical negligence when she failed to properly oversee her nurses. How is it people were calling medical for over 4 hours and no one answered. this is unacceptable and may be the reason behind so many deaths at Dcp. 8. Co F.N.U. Whitey she exhibited cruel and unusual behavior when she failed to activate her body cam, call in a medical emergency or take the plantiff to medical. The plantiff begged for medical attention from around 10:30 pm until nearly 8:00 Am. The Plantiff was sent to Solitary Confinement sometime of May 2025. Where he was subjected to subpar living conditions on P1. The block was filthy mold in the showers dead bugs, blood and fecies on the walls in the shower. The block was trashy there was a pile of trash sitting on the block that wasn't cleaned the whole 8 days I was there. There were dried up food & mucus on the walls. Alot of us wrote grievances and slips to the warden about the issue but to no avail. Those Showers were not touched in weeks according to other inmates down on the unit. I was also denied religious access to Santeria books for the 8 days I was down there because the regular library app was disabled upon being Committed to Solitary Confinement and im the only religious adherent that cannot go to the Religious library to Access material of my faith. I filed grievances, wrote the warden etc but nothing happened. I was transferred and wrote to the warden once a month since then requesting a response to my grievances so I can exhaust my remedies in accurdance to PLRA. All parties named herein had direct involvement in the unconstitutional treatment suffered by mcCollum. Evidence strongly suggest that he was treated this way because of his role as an advocate and organizer reaching out to various organizations and State Reps based on the inhumane treatment taking place in Dauphin County Prison (Patty Kim-State Rep. PA Institutional Law Project, Prison Society

2E

Abolitionist Law Center, working directly with Joshua Vaughn briefing him of any violations taking place in Dep. Joshua Vaughn named Johnnie Mccollum in one of his articles where he spoke specifically about conditions on Delta Unit and the Ventilation System. Once this happened I was moved out of the day room and put into a cell. The petitioner experienced being delayed multiple times. In July 2024 while housed in D-Dayroom he started experiencing chest pains and ask female Co Brandt to call medical I watched her call 4 times in a row and she said nobody picked up. It just so happen the warden happened to be coming out of the Captains office I informed him he made a call and I was sent directly to medical.

(Damages/Injuries) frequent headaches - Cough - frequent chest pains, increase in anxiety, Depression, Anti Social behaviors, paranoia, Severe mood swings, lack of hygenic thoroughness, distrust of Authority, weight loss,

(Legal Claims) 1st Amendment - Retaliation, 8th Amendment violations, medical negligence ~~Deliberate Indifference~~
Retaliation Claims Against Co John Doe #1 Co. Co Ayala, Co Ricardo
8th Amendment Claims against all Defendants

2F

2. _____

3. _____

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Put Santeria books on religious library because plaintiff will be coming back to Dep in the near future

2. ~~[struck through]~~ Any damages found appropriate by a Jury

3. Prime Care - should be compelled to assign a nurse strictly for "phone duty" to prevent staff from calling for hours before the phone is answered, this can make all the difference in life or death.

4. Compel Dep to conduct a GI of 3 the unit named and assign shower cleaners who will consistently and thoroughly clean the showers and unit daily.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of August _____, 20 25.

_____
(Signature of Plaintiff)

4

